```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOSHUA J. LEE (Cal. Bar No. 318332)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3183
 7       Facsimile: (213) 894-0142
         E-mail:    Joshua.Lee2@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03506-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JOSE MANUEL MOJICA, | |
| Defendant. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant Jose Manuel Mojica without prejudice.

The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense. United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice against defendant Jose Manuel Mojica pursuant to Federal Rule of Criminal Procedure 48(a). The government further requests that defendant Jose Manuel Mojica's bond be exonerated, and that any terms and conditions of pretrial release be terminated.

Dated: June 18, 2025              Respectfully submitted,

                                  BILAL A. ESSAYLI
                                  United States Attorney

                                  CHRISTINA T. SHAY
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                         /s/
                                  JOSHUA J. LEE
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA